UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 2 8 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **4:18CR568 AGF/PLC** |
| ) | |
| VICTOR M. MORA, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that

### COUNT ONE

1. That at all times material to this Indictment, Goodfellow Laundromat, located at 5909 Goodfellow Boulevard, St. Louis, Missouri, was engaged in interstate commerce and was an industry which operates in and affects interstate commerce.

2. On or about May 29, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**VICTOR M. MORA,**

the defendant herein, did intentionally and unlawfully obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, and threatened physical violence to persons and property in furtherance of the plan or purpose to do so, in that the defendant did unlawfully take and obtain property consisting of United States currency from Goodfellow Laundromat, located at 5909 Goodfellow Boulevard, St. Louis, Missouri, and in the presence of Goodfellow Laundromat employees "T.D." and "A.A." and against the employees'

will, by means of threatened force, violence, and fear of injury, immediate and future, to T.D. and A.A., that is defendant, VICTOR M. MORA, possessed, carried, and brandished what appeared to be a firearm at T.D. and A.A. during demands for property at Goodfellow Laundromat.

All in violation of Title 18, United States Code, Section 1951.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney